**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| SYLVIA LEEDS | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:09CV00061 |
| | ) | |
| JOHN DOE ONE et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Kevin J. O'Brien as co-counsel in this case for

Pendum LLC. I certify that I am admitted to practice in this Court. This appearance is in

addition to counsel of record Kimberly R. Hillman, also of McGuireWoods LLP.

Dated: December 10, 2009

Respectfully submitted,

_____/s/_____

Kevin J. O'Brien, VSB # 78886
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Phone: (804) 775-1368
Fax: (804) 698-2161
Email: kobrien@mcguirewoods.com
*Attorney for Defendant Pendum LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2009, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

C. Kailani Memmer (VSB No. 34673)
Guynn, Memmer & Dillon, P.C.
415 South College Avenue
Salem, Virginia 24153
Telephone: (540) 387-2320
Fax: (540) 389-2350
Email: kai.memmer@gmdlawfirm.com
*Counsel for Defendant The Kroger Co.*

I hereby further certify that on this 10th day of December, 2009, a copy of the foregoing was sent via U.S. Mail, postage prepaid, to the following:

Burton L. Albert, Esquire
3800 Electric Road, Suite 306
Roanoke, Virginia 24018
Telephone: (540) 776-8600
Fax: (540) 776-2800
*Counsel for the Plaintiff*

/s/
Kevin J. O'Brien, VSB # 78886
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Phone: (804) 775-1368
Fax: (804) 698-2161
Email: kobrien@mcguirewoods.com
*Counsel for Defendant Pendum LLC*

\10264651.1

2