# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **SYLVIA LEEDS** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| **v.** ) | Civil Action No. 6:09CV00061 |
| ) | |
| **JOHN DOE ONE et al.,** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

### JOINT NOTICE THAT THE MOVING PARTIES DO NOT REQUEST A HEARING ON PLAINTIFF'S AND DEFENDANT PENDUM LLC'S JOINT MOTION FOR VOLUNTARY DISMISSAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice, pursuant to paragraph 11 of the Court's Pretrial Order [DE 15], that neither Plaintiff Sylvia Leeds nor Defendant Pendum LLC requests a hearing on Plaintiff's and Defendant Pendum LLC's Joint Motion for Voluntary Dismissal [DE 31], which the moving parties filed with the Court on April 27, 2010. Please take further notice that the last brief on the motion, as permitted under Local Civil Rule 11(c)(1) and paragraph 7 of the Court's Pretrial Order [DE 15], was filed on May 5, 2010.

Dated: May 10, 2010

Respectfully submitted,

SYLVIA LEEDS

and

PENDUM LLC

By counsel

| /s/ | /s/ |
|---|---|
| Burton L. Albert, VSB # 3304 | Kimberly R. Hillman, VSB # 41540 |
| 3800 Electric Road, Suite 306 | Kevin J. O'Brien, VSB # 78886 |
| Roanoke, Virginia 24018 | McGuireWoods LLP |
| Telephone: (540) 776-8600 | One James Center |
| Fax: (540) 776-2800 | 901 East Cary Street |
| Email: burt@balbertlaw.com | Richmond, Virginia 23219-4030 |
| *Counsel for Plaintiff Sylvia Leeds* | Phone: (804) 775-1000 |
| | Fax: (804) 698-2161 |
| | Email: kobrien@mcguirewoods.com |
| | *Counsel for Defendant Pendum LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

C. Kailani Memmer
Erin W. Hapgood
Guynn, Memmer & Dillon, P.C.
415 South College Avenue
Salem, Virginia 24153
Telephone: (540) 387-2320
Fax: (540) 389-2350
Email: kai.memmer@gmdlawfirm.com
       erin.hapgood@gmdlawfirm.com
*Counsel for Defendant The Kroger Co.*

Burton L. Albert, Esquire
3800 Electric Road, Suite 306
Roanoke, Virginia 24018
Telephone: (540) 776-8600
Fax: (540) 776-2800
Email: burt@balbertlaw.com
*Counsel for the Plaintiff*

          /s/
Kevin J. O'Brien, VSB # 78886
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Phone: (804) 775-1368
Fax: (804) 698-2161
Email: kobrien@mcguirewoods.com
*Counsel for Defendant Pendum LLC*

\11260675.1